# EXHIBIT D



| | |
|---|---|
| **From:** | Andrew Horowitz |
| **Sent:** | Monday, September 17, 2018 6:43 PM |
| **To:** | Christopher Graddock (CGraddock@ForThePeople.com) |
| **Cc:** | Trevor E. Brice; Keenan Nix; ahagenbush@forthepeople.com |
| **Subject:** | Snadon -- proposed consent motion/order |
| **Attachments:** | 8215734_1.docx |

Chris:  I got your email, and have attached a proposed consent motion and order, dropping Huffstetler.  I don't believe you or Keenan has made an entry of appearance, so I made it for Andrew's signature.  Please contact me with any proposed edits, or with your permission to sign and file with the Court.  Thanks.